UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

SAMUEL ISAIAS RAMIREZ,                    )
                                          )
            Petitioner,                   )
                                          )
v.                                        )        Case No. CIV-26-467-J
                                          )
KRISTI NOEM, et al.,                      )
                                          )
            Respondents.                  )

## ORDER

On April 10, 2026, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this case.  In the Report and Recommendation, Judge Erwin advised the parties that any objection to the Report and Recommendation must be filed no later than April 17, 2026.  No objections were filed on April 17, 2026.  On April 18, 2026, Petitioner filed a notice advising the Court that no objections had been filed.  *See* [Doc. No. 9].  Shortly thereafter, Respondents filed an objection to the Report and Recommendation.  *See* [Doc. No. 10].  Because Respondents' objection was filed out of time, the Court hereby STRIKES Respondents' Objection to the Report and Recommendation [Doc. No. 10].

IT IS SO ORDERED this 21st day of April, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE