**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SAMUEL ISAIAS RAMIREZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-467-J |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Samuel Isaias Ramirez, a citizen of Guatemala, is currently in the custody of Immigration and Customs Enforcement (ICE). He has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Petition) seeking release, or in the alternative, a bond hearing. The matter was referred to United States Magistrate Judge Shon T. Erwin consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Erwin issued a Report and Recommendation [Doc. No. 8] recommending that the Court grant the Petition in part and order Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within seven business days or otherwise release him if he has not received a lawful bond hearing within that period. Respondents did not file a timely objection.[1]

Upon review of the Report and Recommendation, and in light of the conclusion of this Court, and indeed most courts in this circuit and nationwide, that § 1226(a) controls in this situation, *see Coreas v. Noem*, No. CIV-26-151-J, 2026 WL 541151, at *2 (W.D. Okla. Feb. 26, 2026) (collecting cases), the Court concurs with Judge Erwin's finding that Petitioner is entitled to

---

[1] The deadline to file objections to the Report and Recommendation was April 17, 2026. Respondents filed their objection on April 18, 2026, and the Court struck the objection as untimely. On April 22, 2026, Respondents filed a motion for leave to file their objection out of time. Because Respondents provided no explanation as to why they were unable to timely file their objection, the Court denied Respondents' motion.

a bond hearing and Respondents' failure to provide one violates § 1226(a) of the Immigration and Nationality Act (INA).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 8] and GRANTS Petitioner's Petition in so far as it finds Respondents violated the INA. The Court, therefore, ORDERS Respondents to provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven (7) business days of the date of this Order, or otherwise release Petitioner if he has not received the hearing within that period. Respondents shall certify compliance within seven (7) business days of the date of this Order.

A separate judgment will enter.

IT IS SO ORDERED this 23rd day of April, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

2